IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHANDRA LYONS
ADC #704518                                                    PLAINTIFF

v.                          No. 5:14-cv-396-DPM-JTR

ARKANSAS DEPARTMENT OF CORRECTION,
Inmate Banking                                              DEFENDANT

### ORDER

Lyons has filed a *pro se* § 1983 complaint. *№ 1.* She hasn't paid the filing fee or sought permission to proceed *in forma pauperis.* Lyons is a three-striker under the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). *Lyons v. McDonald,* 5:96-cv-369-GH; *Lyons v. Anderson,* 5:96-cv-463-SWW; *Lyons v. Thompson,* 5:96-cv-547-SMR. Her allegation that she is being improperly charged at the prison commissary does not satisfy the imminent-danger exception to the three-strikes rule. 28 U.S.C. § 1915(g)

Her claims are therefore dismissed without prejudice. Lyons has thirty days to pay the $400.00 filing fee in full and file a motion to reopen the case. An *in forma pauperis* appeal from this Order and the related Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

10 November 2014