IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHANDRA LYONS
ADC #704518                                                                PLAINTIFF

v.                       No. 5:14-cv-396-DPM

ARKANSAS DEPARTMENT OF CORRECTION,
Inmate Banking                                                            DEFENDANT

JUDGMENT

Lyons's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 November 2014